IH-14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

against

Matthew Marino

(Alias) _____

_____

Please PRINT Clearly

08CR827

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO: J. MICHAEL MCMAHON ▓▓▓▓▓▓ CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
                                                      ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK
       9/3/08

SIGNATURE _____

PRINT THE FOLLOWING INFORMATION CLEARLY

Attorney for Defendant

THE LAW OFFICES OF
JOHN R. GULASH, JR. & EUGENE J. RICCIO

EUGENE J. RICCIO
ATTORNEY AT LAW

350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 367-7440
(203) 336-8379 FAX

170 MASON STREET
GREENWICH, CT 06830
(203) 625-8180
EMAIL: GulashandRiccio@aol.com

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186