ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

              - v -

MATTHEW MARINO,

                        Defendant.

------------------------------------x

INFORMATION

08 Cr. 827 (SCR)

### COUNT ONE

The United States Attorney charges:

1. From in or about January 2005 through in or about August 2005, in the Southern District of New York and elsewhere, MATTHEW MARINO, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the conspiracy to commit, mail, wire and investment adviser fraud on the investors of a series of hedge funds known as the Bayou Funds, unlawfully, willfully and knowingly did conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

(Title 18, United States Code, Section 4.)

*[signature]*

MICHAEL J. GARCIA
United States Attorney

C+ Exh 1
9/3/08

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| **MATTHEW MARINO,** | :    08 Cr. **827** (scr) |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MATTHEW MARINO,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 4 and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:  White Plains, New York
          September  3 , 2008