9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,              :       CONSENT TO PROCEED BEFORE
                                                A UNITED STATES MAGISTRATE
              v.                       :        JUDGE ON A FELONY PLEA
                                                ALLOCUTION
MATTHEW MARINO            ,            :
                                                Docket Number  08CR827 (SCR)
              Defendant.               :

-----------------------------------------------------------x

The undersigned defendant, advised by my undersigned attorney, consents to a United

States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for

me to enter a plea of guilty in my case, or to change my plea, if one has previously been made,

from not guilty to guilty, in accordance with the Standing Order of the assigned United States

District Judge under Miscellaneous Docket M 10-468.  I understand that if my plea is accepted,

my sentencing will take place before the United States District Judge who is assigned, or who is

to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge

that no threats or promises, or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this __3rd__ day of

__September__, 2008, at the White Plains Courthouse, White Plains, New York.

X_____          X_____
        Defendant                          Attorney for Defendant

                    Accepted by:_____
                                    Lisa Margaret Smith
                                    United States Magistrate Judge
                                    Southern District of New York